Reset Form

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Mickey Harvey _____ )
_____ )
_____ )
_____ )
_____ )
   (Enter above the full name of Plaintiff(s)) )
                             )
vs.                           )
                             )
USD 262 _____ )
Name                        )
                             )
143 S. Meridian _____ )
Street and number             )
                             )
Valley Center, KS 67147 _____ )
City        State       Zip Code )

Case Number: 6:21-cv-1218-JWB-GEB
(To be assigned by Clerk)

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.   This employment discrimination lawsuit is based on (check only those that apply):

   ☐   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
       **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   ☑   Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
       **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   ☐   American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
       **NOTE**: *In order to bring suit in federal district court under the American with*

1

*Disabilities Act, you must first obtain a right-to-sue letter from the Equal
Employment Opportunity Commission.*

☐ Other (Describe)

_____

_____

_____

2.  If you are claiming that the discriminatory conduct occurred at a different location than the
    address provided for Defendant, please provide the following information:

    _____
    (Street Address) (City/County) (State) (Zip Code)

3.  When did the discrimination occur?   Please give the date or time period:

    2019-2020 teacher contract year_____

## ADMINISTRATIVE PROCEDURES

4.  Did you file a charge of discrimination against Defendant(s) with the Kansas State
    Division of Human Rights or the Kansas State Commission on Human Rights?

    ☐ Yes    Date filed: _____
    ☑ No

5.  Did you file a charge of discrimination against Defendant(s) with the Equal Employment
    Opportunity Commission or other federal agency?

    ☑ Yes    Date filed: _____09/04/2021_____
    ☐ No

6.  Have you received a Notice of Right-to-Sue Letter?
    ☑ Yes    ☐ No
    If yes, please attach a copy of the letter to this complaint.

7.  If you are claiming *age discrimination*, check one of the following:

    ☑ 60 days or more have passed since I filed my charge of age discrimination with the
    Equal Employment Opportunity Commission.
    ☐ fewer than 60 days have passed since I filed my charge of age discrimination with

the Equal Employment Opportunity Commission

## NATURE OF THE CASE

8.   The conduct complained of in this lawsuit involves (check only those that apply):

☐ failure to hire me
☐ termination of my employment
☐ failure to promote me
☐ failure to accommodate my disability
☐ terms and conditions of my employment differ from those of similar employees
☐ retaliation
☐ harassment
☑ reduction in wages
☐ other conduct (specify):

_____

_____

_____

Did you complain about this same conduct in your charge of discrimination?

☑ Yes        ☐ No

9.   I believe that I was discriminated against because of (check all that apply):

☐ my race or color, which is _____
☐ my religion, which is _____
☐ my national origin, which is _____
☐ my gender, which is ☐ male; ☐ female
☐ my disability or perceived disability, which is _____
☑ my age (my birth year is: _____ 1963 _____ )
☐ other: _____

Did you state the same reason(s) in your charge of discrimination?
☑ Yes        ☐ No

10.  State here, as briefly and clearly as possible, the essential facts of your claim.   Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct.   Take time to organize your statement; you may use numbered paragraphs if you find it helpful.   It is not necessary to make legal arguments, or to cite cases or statutes.

er As I told the school board presidnt in 2019, my pay wa cut in the midst of plev.

_____

_____

_____

_____

_____

_____

_____

_____

(Attach additional sheets as necessary).

11.     The acts set forth in paragraph 10 of this complaint:
        [✓] are still being committed by Defendant.
        [ ] are no longer being committed by Defendant.
        [ ] may still be being committed by Defendant.

12.                             Plaintiff:
        [✓] still works for Defendant
        [ ] no longer works for Defendant or was not hired

13.     If this is a ***disability-related claim***, did Defendant deny a request for a reasonable accommodation?
        [ ] Yes       [✓] No

        Explain: _____

        _____

### REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
        [ ] Defendant be directed to employ Plaintiff
        [ ] Defendant be directed to re-employ Plaintiff
        [ ] Defendant be directed to promote Plaintiff
        [ ] Defendant be directed to _____

☐ Injunctive relief (please explain): _____

☑ Monetary damages (please explain): $250000 _____

☑ Costs and fees involved in litigating this case

☐ As additional relief to make Plaintiff whole, Plaintiff

seeks:_____

_____

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this ___7___ day of September_____, 20_21___.

Mickey Harvey _____

Signature of Plaintiff

Mickey Harvey _____

Name (Print or Type)

892 Falcon _____

Address

Walton, KS 67151 _____

City State Zip Code

(620) 367-2535 _____

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☒ Wichita, ☐ Kansas City, ☐ Topeka}, Kansas as the location for the trial in
(Select One Location)

this matter.

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury. ☑ Yes    ☐ No
(Select One)

Mickey Harvey
Signature of Plaintiff

Dated: __07/09/2021__
(Rev. 10/15)

5

*10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.*

For over a decade, USD 262's negotiated agreement and total compensation package (which affects retirement through KPERS) included a longevity program for teachers who had earned their Master's degree and were bottomed-out on the step-and-track—which requires approximately twenty years' teaching experience. After an additional ten years working for USD 262, I was earning $3,200/year from the longevity program. For the 2019-2020 school-year contract, the longevity program was eliminated, taking money away from the oldest, most experienced, and highest educated teachers in the district (approximately 40 of around 200 educators).  The superintendent bragged about teachers receiving, on average, a 5.5% pay increase (the largest pay increase of my entire career) at the same time as requiring me to take a pay cut!

Losing the longevity pay costs me in annual income as well as projected retirement earnings throughout my lifetime. USD 262 could have grandfathered in teachers receiving longevity pay or created a tier system similar to what KPERS has done, but they chose to do neither. As I told the school board president in 2019, my pay was cut in the midst of plenty.

EEOC Form 161-B (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | **Mickey Harvey**<br>**892 Falcon**<br>**Walton, KS 67151** | From: | **Oklahoma City Area Office**<br>**215 Dean A. McGee Avenue**<br>**Suite 524**<br>**Oklahoma City, OK 73102** |
|---|---|---|---|

[  ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **563-2020-02031** | **James E. Habas,**<br>**Investigator** | **(405) 666-0367** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge.  It has been issued at your request.  Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

[ X ] More than 180 days have passed since the filing of this charge.

[  ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[  ] The EEOC is terminating its processing of this charge.

[  ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge.  In this regard, **the paragraph marked below applies to your case:**

[ X ] The EEOC is closing your case.  Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.**  Otherwise, your right to sue based on the above-numbered charge will be lost.

[  ] The EEOC is continuing its handling of your ADEA case.  However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u>** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

ADRIAN MCDANIEL
Digitally signed by ADRIAN MCDANIEL
Date: 2021.06.09 06:30:44 -05'00'

6-9-2021

Enclosures(s)

For: **Holly Waldron Cole,**
**Area Office Director**

*(Date Issued)*

cc:
| **Brad Barbour, Esq.**<br>**Board President**<br>**VALLEY CETER SCHOOLS USD 262**<br>**143 S. Meridian**<br>**Valley Center, KS 67147** | **Jean Lamfers**<br>**LAMFERS & ASSOCIATES LC**<br>**7003 Martindale**<br>**Shawnee, KS 66218** |
|---|---|

Enclosure with EEOC
Form 161-B (11/2020)

### INFORMATION RELATED TO FILING SUIT
### UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the case, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Enclosures(s)

cc:   **Calvin Rider**
      **FLEESON, GOOING, COULSON & KITCH LLC**
      **1900 Epic Center**
      **301 N. Main**
      **Wichita, KS 67202**